Jon Alan Enochs, Esq. (SBN 204894)
Jeffrey D. Poindexter, Esq. (SBN 167854)
THE ENOCHS LAW GROUP, APC
7777 Alvarado Road, Suite 624
La Mesa, CA  91942
Ph. (619) 421-3956
Fx. (619) 421-3965

Attorney for Creditor SJO Investments, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PHILIP H. INMAN,<br><br>Debtor. | Case No: 8:24-bk-10285-MH<br><br>Chapter 13<br><br>**OBJECTION OF CREDITOR SJO INVESTMENTS, LLC TO CONFIRMATION OF CHAPTER 13 PLAN OF DEBTOR PHILIP H. INMAN**<br><br>Date:          March 28, 2024<br>Time:         10:30 am<br>Courtroom: 6C<br>Place:         411 W Fourth Street<br>                    Santa Ana CA 92701 |

**TO THE HONORABLE MARK A. HOULE, UNITED STATES BANKRUPTCY JUDGE, DEBTOR PHILIP H. INMAN AND HIS ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Creditor SJO Investments, LLC ("SJO") hereby submits its objection to the confirmation of the Chapter 13 Plan (the "PLAN") of Debtor Philip H. Inman (the "Debtor"), on the following grounds:

/ / /

/ / /

1.    Debtor fails to provide for the Real Estate Purchase Contract of this objecting creditor SJO Investments, LLC, and the related Lis Pendens recorded by SJO with the Orange County Recorder on January 29, 2024, affecting Debtor's residential property at 2042 Palmetto Terrace, Fullerton CA 92831. See SJO Investments, LLC Proof of Claim No. 5 filed herewith.

2.    Debtor fails to provide for payment of priority taxes claimed by priority creditor Internal Revenue Service in their Proof of Claim No. 1.

3.    Debtor fails to provide for payment of arrearages claimed by secured creditor National Loan Acquisitions Co in their Proof of Claim No. 3.

4.    Debtor appears to have failed to make required plan payment(s) as set forth in the Trustee's Objection to Confirmation to Plan filed March 12, 2024, Docket 19.

Creditor SJO Investments, LLC requests that plan confirmation be denied and the case be dismissed, including dismissal under § 109(g), or converted to chapter 7 for liquidation of assets.

Date:  March 26, 2024                **THE ENOCHS LAW GROUP, APC**

BY:  */s/ Jeffrey D. Poindexter*

**JEFFREY D. POINDEXTER, ESQ.**
Attorney for SJO Investments, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **OBJECTION OF CREDITOR SJO INVESTMENTS, LLC TO CONFIRMATION OF CHAPTER 13 PLAN OF DEBTOR PHILIP H. INMAN** was served on March 26, 2024. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE:

Kelli M Brown    kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com
Amrane (SA) Cohen (TR)    efile@ch13ac.com
Jon Alan Enochs    jenochs@enochslaw.com, enochs_paralegal@enochslaw.com
Christopher R Nelson    cnelson@erlaw.com
Scott A Schiff    sas@soukup-schiff.com
Sunita N Sood    sunitansood@hotmail.com, seemasood@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 26, 2024                    */s/ Jeffrey D. Poindexter*
                                           Jeffrey D. Poindexter, Esq.

OBJECTION OF CREDITOR SJO INVESTMENTS, LLC TO CONFIRMATION OF CHAPTER 13 PLAN OF DEBTOR PHILIP H. INMAN