Sunita N. Sood SBN 152066
Seema N. Sood SBN 313467
Law Offices of Sood & Sood APLC
2107 North Broadway, Suite 306
Santa Ana, CA 92706-2634
(714) 480-1600 tel
(714) 480-1610 fax
sunitansood@hotmail.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Philip H. Inman,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-10285-MH<br>CHAPTER 13<br><br>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SUNITA N. SOOD<br><br>DATE :    To Be Set<br>TIME :<br>ROOM:    6C, 6th Floor<br>         411 W. Fourth St.<br>         Santa Ana, CA |

TO PHILIP H. INMAN, DEBTOR; HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; ALL CREDITORS & PARTIES IN INTEREST:

Sunita N. Sood, attorney of record for the debtor herein, moves this Court as follows:

1. On February 5, 2024, debtor filed the within voluntary Chapter 13 petition. The duly appointed and acting Chapter 13 Trustee is Amrane Cohen.

2. Sunita N. Sood is the attorney of record for the debtor.

3. Sunita N. Sood, as attorney for debtor, seeks an order of the court to withdraw as attorney of record for the debtor. There are exceptional circumstances or compelling reason for permitting Sunita N. Sood to withdraw as attorney of record for the debtor. The reasons why Sunita N. Sood requests that the Court permit her to withdraw are stated generally to avoid compromise of

1  the confidential attorney-client relationship.

2      4.    Sunita N. Sood seeks an order of the court to withdraw as the attorney of record for
3  the debtor in the instant Chapter 13 proceeding.

4      5.    The general reason for counsel's request to withdraw is that there has been a
5  breakdown in the attorney-client relationship.

6      WHEREFORE, movant prays:

7      1.    That the Motion is granted and that Sunita N. Sood is given leave and is withdrawn
8  as attorney of record for the debtor;

9      2.    For such other relief as this Court may deem just and proper.

11  Dated: April 11, 2024        LAW OFFICES OF SOOD & SOOD APLC

13          /s/ Sunita N. Sood
        Sunita N. Sood
14          Attorney for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### COMPELLING REASONS EXIST FOR WITHDRAWAL

This Court should permit counsel to withdraw from the case where exceptional circumstances or compelling reasons exist for permitting debtor(s) attorney to withdraw from the case. <u>In re Edsall</u>, 89 B.R. 772 (Bkrtcy. N.D. Ind., 1988).

### II.

### CALIFORNIA DISCIPLINARY RULES OUTLINES CONDITIONS

### FOR WITHDRAW OF COUNSEL

Rule 3-700 of the Rules of Professional Conduct outlines in great detail the conditions under which an attorney may or must withdraw from employment.

Rule 3-700(c) in providing rules for permissive withdrawal states:

> "If Rule 3-700(B) is not applicable, a member of the State Bar may not request permission to withdraw in matter pending before a tribunal and may not withdraw in other matters, unless such request or such withdrawal is because:
> (1)    this client:
>     (a)    Insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law; or
>     (b)    Personally seeks to pursue an illegal course of conduct, or
>     (c)    Insists that the member of the State Bar pursue a course of conduct that is illegal or that is prohibited under these Rules of Professional Conduct or the State Bar act; or
>     (d)    By other conduct renders is unreasonably difficult for the member of the State Bar to carry out his employment effectively; or
> (2)    His continued employment is likely to result in a violation of these Rules of Professional Conduct or of the State Bar act; or...
>       ...
> (6)    He believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal.

///

///

///

///

## CONCLUSION

WHEREFORE, based on the foregoing, the movant respectfully requests that the Court grant this motion and for other relief that is proper.

Dated: April 11, 2024                                LAW OFFICES OF SOOD & SOOD APLC


/s/ Sunita N. Sood
Sunita N. Sood
Attorney for Debtor

## DECLARATION OF SUNITA N. SOOD

I, Sunita N. Sood, do hereby declare and swear as follows:

1. I am an attorney at law duly authorized to practice law in the State of California and before this Court. I am the attorney for the debtor. This declaration is made in support of the Motion for Leave to Withdraw as Attorney in this matter. This declaration is made on my own personal knowledge and if called to testify to the matters stated herein, I could and would do so truthfully and competently.

2. On February 5, 2024, I filed, on behalf of Philip H. Inman, ("debtor"), a voluntary Chapter 13 petition with accompanying documents.

3. Amrane Cohen is the duly appointed and acting Chapter 13 Trustee.

4. The Chapter 13 plan is pending confirmation. The confirmation hearing has been continued to April 25, 2024, at 10:30 am.

5. Since the date of filing to the present date, there exist compelling reasons that I must request permission to withdraw as the attorney of record for the debtor in his Chapter 13 proceeding.

6. There has been an irreparable breakdown in the attorney-client relationship. As such I can no longer move forward as debtor's counsel.

7. The debtor will suffer no prejudice in this proceeding by the Court granting the motion to withdraw as attorney of record for the debtor. Debtor may proceed in pro per or retain new counsel.

8. Debtor is aware that there is a breakdown of the attorney-client relationship. Debtor also began looking for new counsel as of April 10, 2024.

9. I respectfully requests this Court issue its order allowing me to withdraw and removing me as attorney of record for the debtor.

///

///

///

///

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Dated: April 11, 2024                    LAW OFFICES OF SOOD & SOOD APLC


/s/ Sunita N. Sood
Sunita N. Sood
Attorney for Debtor

| In re: Philip H Inman | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:24-bk-10285-MH |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2107 North Broadway, Suite 306
Santa Ana, CA 92706-2634

A true and correct copy of the foregoing document entitled (*specify*): __Motion for Leave to Withdraw as Attorney of Record for Debtor; Memorandum of Points and Authorities; Declaration of Sunita N. Sood__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __04/11/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kelli M Brown    kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com
Amrane (SA) Cohen (TR)    efile@ch13ac.com
Jon Alan Enochs    jenochs@enochslaw.com, enochs_paralegal@enochslaw.com
Christopher R Nelson    cnelson@erlaw.com
Scott A Schiff    sas@soukup-schiff.com
Sunita N Sood    sunitansood@hotmail.com, seemasood@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __04/11/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2024 | **Deborah Elias** | **/s/ Deborah Elias** |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    9013-3.1.PROOF.SERVICE

Philip H Inman
2042 Palmetto Terrace
Fullerton, CA 92831-1251

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Department of Treasury - IRS
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Elizabeth Ann Van Zee as Trustee
c/o Epport Richman & Robbins LLP
1875 Century Park East Ste 800
Los Angeles, CA 90067-2525

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

HOAG Property Management Inc
10551 Paramount Blvd
Downey, CA 90241-2499

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
Department of Treasury
PO Box 16226
Philadelphia, PA 19114-0226

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

National Loan Acquisitions Company
3333 Turbine Drive
Rapid City, SD 57703

PB Financial Group Corp aka PKN
6380 Wilshire Blvd #1610
Los Angeles, CA 90048

Pinehurst at Coyote Hills
c/o Revolve Property Management
2013 East Orangethorpe Ste A
Placentia, CA 92870-6765

Planet Home Lending
321 Research Pkwy #303
Elizabethtown, PA 17022

SJO Investments LLC
7777 Alvarado Road Suite 624
La Mesa, CA 91942-8286

SJO Investments LLC
c/o The Enochs Law Group APC
7777 Alvarado Road Ste 624
La Mesa, CA 91942-8286

SJO Investments LLC
c/o The Enochs Law Group APC
7777 Alvarado Road Suite 624
La Mesa, CA 91942

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457