# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Philip H Inman

**BANKRUPTCY NO.** 8:24–bk–10285–MH

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–8780
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 4/25/24

**Address:**
2042 Palmetto Terrace
Fullerton, CA 92831–1251

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 25, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**49 / JC6**